Steven J. Sherlag, OSB #931034

621 SW Morrison St., Ste. 900
Portland, Oregon 97205
steven@sherlaglaw.com
(    ) 503.227-5200

**Attorney for Defendant**
*Abogado defensor*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

*VISTO EN EL TRIBUNAL DE PRIMERA INSTANCIA DE LOS ESTADOS UNIDOS*

*PARA EL DISTRITO DE OREGÓN*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOAQUIN SEGURA-CORDERO,<br><br>    Defendant. | CR No. 3:11-cr-00168<br><br>PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER ENTERING PLEA. |
| *ESTADOS UNIDOS DE AMÉRICA,*<br><br>    *Demandante,*<br><br>*vs.*<br><br>JOAQUIN SEGURA-CORDERO,<br><br>    *Acusado.* | *No.* CR 3:11-cr-00168<br><br>*SOLICITUD DE DECLARACIÓN DE CULPABILIDAD, CERTIFICADO DEL ABOGADO DEFENSOR Y FALLO JUDICIAL DE LA MISMA* |

The defendant represents to the court:

*El acusado manifiesta al juez que:*

1. My name is ___Joaquin Segura-Cordero___. I am __28__ years old. I have gone to school up to and including the __12th__ grade.

1. *Mi nombre completo es* ___Joaquin Segura-Cordero___. *Tengo* __28__ *años de edad. Asistí a la escuela incluyendo hasta el* __3er año de la Prepa__.

2. My attorney is ___Steven J. Sherlag___.

2. *Mi abogado es* ___Steven J. Sherlag___.

3. My attorney and I have discussed my case fully. I have received a copy of the Indictment or Information. I have read the Indictment or Information, or it has been read to me, and I have discussed it with my attorney. My attorney has counseled and advised me concerning the nature of each charge, any lesser-included offense(s), and the possible defenses that I might have in this case. I have been advised and understand that the elements of the charge(s) alleged against me to which I am pleading "GUILTY" are as follows [*see* instructions]: ___counts 1-3, conspiracy to distribute heroin 21 USC 841(a)(1), (b)(1)(A)(i), and 846, and distribution of heroin resulting in death 21 USC 841(a)(1), (b)(1)___.

I have had a full and adequate opportunity to disclose to my attorney all facts known to me that relate to my case. I understand that the Court may ask whether I am satisfied with the advice I have received from my attorney.

3. *He hablado ampliamente de mi caso con mi abogado. Recibí una copia de la acusación formal o la acusación de la fiscalía contra mí. He leído la acusación formal o la acusación de la fiscalía, o me la han leído, y he hablado de ella con mi abogado. Mi abogado*

*me ha aconsejado y asesorado sobre la naturaleza de cada uno de los cargos, de cualquier delito menos grave incluido, y de las defensas posibles que pueda tener en este caso. He sido asesorado y entiendo que los elementos del cargo (o los cargos) que se me ha imputado al (o a los) que me declaro CULPABLE son los siguientes: [véase las instrucciones]:* Cargos 1-3

Title 21, U.S.C., Sections 841(a)(1), (b)(1)(A)(i) and § 846, Title 21, U.S.C., Sections 841(a)(1), (b)(1)(C) Conspiración a distribuir heroína, y distribuir heroína que causa la muerte

*He tenido amplia oportunidad para decirle a mi abogado todo lo que yo sé respecto a los hechos relacionados con mi caso. Entiendo que el juez podría preguntarme si estoy satisfecho con el asesoramiento que he recibido de mi abogado.*

4. I know that if I plead "GUILTY," I will have to answer any questions that the judge asks me about the offense(s) to which I am pleading guilty. I also know that if I answer falsely, under oath, and in the presence of my attorney, my answers could be used against me in a prosecution for perjury or false statement.

*4. Sé que si me declaro CULPABLE, tendré que contestar todas las preguntas que el juez me haga sobre el delito al (o los delitos a los) que me declaro culpable. También sé que si contesto falsamente, bajo juramento, y en presencia de mi abogado, mis respuestas pueden ser usadas en mi contra en un procesamiento por perjurio o por haber jurado en falso.*

5. I am not under the influence of alcohol or drugs. I am not suffering from any injury, illness or disability affecting my thinking or my ability to reason except as follows: ___
   not applicable
.

I have not taken any drugs or medications within the past seven (7) days except as follows: ___
   not applicable
.

*5. No estoy bajo la influencia de alcohol ni de drogas. No padezco de ninguna lesión,*

*enfermedad o incapacidad que afecte mi pensamiento o mi capacidad de razonar, excepto la siguiente:* ___No tiene pertinencia___

*No he tomado drogas ni medicamentos en los últimos siete (7) días excepto los siguientes:* ___Ninguno___

6.  I understand that conviction of a crime can result in consequences in addition to imprisonment. Such consequences include deportation, or removal from the United States, or denial of naturalization, if I am not a United States citizen; loss of eligibility to receive federal benefits; loss of certain civil rights (which may be temporary or permanent depending on applicable state or federal law), such as the right to vote, to hold public office, and to possess a firearm; and loss of the privilege to engage in certain occupations licensed by the state or federal government.

*6.  Entiendo que un fallo condenatorio por un delito puede tener consecuencias adicionales al encarcelamiento. Tales consecuencias incluyen ser deportado, o expulsado de los Estados Unidos, o se me puede negar la naturalización, si no soy ciudadano estadounidense; puedo perder el derecho de recibir subsidios federales; perder temporal o permanentemente ciertos derechos civiles, según la ley estatal o federal que se aplique, por ejemplo, el derecho a votar, de ocupar un cargo público, y de poseer armas de fuego; y perder el derecho a trabajar en ciertas ocupaciones para las cuales se necesita una licencia del gobierno estatal o federal.*

7.  I know that I may plead "NOT GUILTY" to any crime charged against me and that I may persist in that plea if it has already been made. I know that if I plead "NOT GUILTY" the Constitution guarantees me:

7.  *Sé que puedo declararme "NO CULPABLE" de cualquier delito de que se me acuse, y que puedo persistir en esa declaración si ya se ha hecho. Sé que si me declaro "NO CULPABLE", la Constitución de este país me garantiza:*

>    a.  The right to a speedy and public trial by jury, during which I will be presumed to be innocent unless and until I am proven guilty by the government beyond a reasonable doubt and by the unanimous vote of twelve jurors;
>
>    *a.  El derecho a tener un juicio público, sin demora y por un jurado constituido por doce personas durante el cual se asume que soy inocente a menos que y hasta que el gobierno compruebe mi culpabilidad más allá de una duda razonable y por el voto unánime de los doce miembros de dicho jurado.*
>
>    b.  The right to have the assistance of an attorney at all stages of the proceedings;
>
>    *b.  El derecho de que un abogado me ayude durante todas las etapas del proceso;*
>
>    c.  The right to use the power and process of the court to compel the production of evidence, including the attendance of witnesses in my favor;
>
>    *c.  El derecho a utilizar los poderes y procedimientos del juez para exigir que se presenten pruebas, incluyendo la comparecencia de testigos a mi favor;*
>
>    d.  The right to see, hear, confront, and cross-examine all witnesses called to testify against me;
>
>    *d.  El derecho a ver, escuchar, confrontar y contrainterrogar a todos los testigos llamados a dar testimonio en contra mía.*
>
>    e.  The right to decide for myself whether to take the witness stand and testify, and if I decide not to take the witness stand, I understand that no inference of guilt may be drawn from this decision; and
>
>    *e.  El derecho a decidir por mi mismo si presto testimonio o no,*

> *y si decido no prestar testimonio, entiendo que no se puede concluir que soy culpable debido a que no he prestado testimonio; y*

    f.    The right not to be compelled to incriminate myself.

    *f.    El derecho a que no se me obligue a incriminarme.*

8.    I know that if I plead "GUILTY" there will be no trial before either a judge or a jury, and that I will not be able to appeal from the judge's denial of any pretrial motions I may have filed concerning matters or issues not related to the court's jurisdiction [*see* instructions].

8.    *Séque si me declaro CULPABLE, no habrá juicio, ni ante un juez ni ante un jurado de doce personas, y que no podré apelar la denegación del juez sobre cualquier pedimento que yo hubiera presentado antes del jucio, con respecto a asuntos o cuestiones que no están relacionados con la jurisdicción del tribunal [véase las instrucciones].*

9.    In this case I am pleading "GUILTY" under Rule 11(c)(1)(__B__). My attorney has explained the effect of my plea under Rule 11(c)(1)(__B__) to be as follows [*see* instructions]:

```
if the court does not follow the joint recommendations of the parties

in sentencing, I cannot withdraw my plea but I'm bound by what the court decides
```

9.    *En este caso, me declaro CULPABLE según la Regla 11(c)(1)(__B__). Mi abogado me explicó que la consecuencia de mi declaración según la Regla 11(c)(1)(__B__) es la siguiente* [véase las instrucciones]:

*Si el juez no se conforma con las recomendaciones conjuntas de las 2 partes, no podré retirar mi declaración de culpabilidad, pero estaré obligado a a aceptar la decisión del juez.*

Page/Página 6

10. I know the maximum sentence which can be imposed upon me for the crime(s) to which I am pleading guilty is ___life___ imprisonment and a fine of $20,000,000.00 I also know there is a mandatory minimum sentence of ___20___ years imprisonment.

*10. Sé que la pena máxima que se me puede imponer por el delito al (o los delitos a los) que me declaro culpable es de ___toda la vida de___ ~~años~~ de prisión y una multa de $20,000,000.00 También sé que hay una pena mínima obligatoria de ___20___ años de prisión.*

11. I know that the judge, in addition to any other penalty, will order a special assessment as provided by law in the amount of $___100.00___ per count of conviction.

*11. Sé que el juez, además de cualquier otro castigo, fijará, según lo estipula la ley, una cantidad obligatoria de $___100.00___ por cada cargo de que se me encuentre culpable.*

12. I know that if I am ordered to pay a fine, and I willfully refuse to pay that fine, I can be returned to court, where the amount of the unpaid balance owed on the fine can be substantially increased by the judge and I can be imprisoned for up to one year.

*12. Sé que si se me ordena pagar una multa e intencionalmente rehuso pagar dicha multa, puedo ser enviado al tribunal nuevamente, donde el juez puede aumentar considerablemente el saldo pendiente de la multa, y puede mandarme a la cárcel por un periodo hasta de un año.*

13. My attorney has discussed with me the Federal Sentencing Guidelines. I know the Guidelines are advisory, not mandatory. I also know the sentencing judge, in determining the particular sentence to be imposed, must consider those factors set forth in Title 18, United States Code, Section 3553(a), including, but not limited to: the nature and circumstances of the offense, my own history and characteristics, the goals of sentencing (punishment, deterrence, protection,

and rehabilitation), and the sentencing range established by the advisory Guidelines. If my attorney or any other person has calculated a Guideline range for me, I know that this is only a prediction and advisory, and is only one of the factors that the judge will consider in making a final decision as to what sentence will be imposed. I also know that a judge may not impose a sentence greater than the maximum sentence referred to in paragraph (10) above.

13. *He hablado con mi abogado sobre las Pautas Penales Federales. Sé que según dichas pautas, el juez que imponga la condena generalmente elegirá una condena dentro de los límites de dicha pauta. Sin embargo, si el caso presentase hechos fuera de lo común u otras circunstancias, la ley le permite al juez apartarse de las pautas e imponer una pena ya sea mayor o menor de los límites de las pautas. Aunque la mayoría de las penas serán impuestas dentro de los límites de las pautas, sé que no existe ninguna garantía de que la pena que se me imponga estará dentro de estos límites. Si mi abogado, u otra persona, ha calculado los límites de las pautas que sugieren el castigo que me corresponde, sé que esto es únicamente una suposición y que el juez es quien toma la decisión definitiva con respecto a cuales son los límites de las pautas y cual será el castigo. También sé que un juez no me puede sentenciar a un plazo mayor al castigo máximo indicado en el párrafo (10) de la presente.*

14. I know from discussion with my attorney that, under the Federal Sentencing Guidelines, if I am sentenced to prison I am not entitled to parole. I will have to serve the full sentence imposed except for any credit for good behavior that I earn. I can earn credit for good behavior in prison at a rate of up to 54 days for each year of imprisonment served. Credit for good behavior does not apply to a sentence of one year or less.

14. *Por las conversaciones que he tenido con mi abogado, sé que, según las Pautas*

*Penales Federales, si me condenan a ser encarcelado, no tengo derecho a recibir libertad condicional (parole). Tendré que cumplir toda la condena que se me imponga menos el tiempo que se me descuente por observar buena conducta en la prisión. Puedo obtener una rebaja de la condena por buena conducta hasta de 54 días por cada año cumplido en la prisión. Esta rebaja no se aplicará si la condena es de un año o menos.*

15. I know that if I am sentenced to prison, the judge will impose a term of supervised release to follow the prison sentence. During my supervised release term I will be supervised by a probation officer according to terms and conditions set by the judge. In my case, a term of supervised release can be __3__ to __5__ years. If I violate the conditions of supervised release, I may be sent back to prison for up to __5__ year(s) [*see* instructions].

*15. Sé que si se me condena a ser encarcelado, el juez impondrá un tiempo de libertad supervisada que sería después de que yo haya cumplido el castigo en la cárcel. Durante este tiempo, estaré supervisado por un agente de libertad probatoria de acuerdo a los términos y condiciones fijados por el juez. En mi caso, el término de libertad supervisada puede ser de __3__ a __5__ años. Si no cumplo con las condiciones de libertad supervisada, podría ser enviado nuevamente a la cárcel por un periodo hasta de __5__ año(s) [véase las instrucciones].*

16. I know that in addition to or in lieu of any other penalty, the judge can order restitution payments to any victim of any offense to which I plead guilty. I am also informed that, for certain crimes of violence and crimes involving fraud or deceit, it is mandatory that the judge impose restitution in the full amount of any financial loss or harm caused by an offense. If imposed, the victim can use the order of restitution to obtain a civil judgment lien. A restitution

order can be enforced by the United States for up to twenty (20) years from the date of my release from imprisonment, or, if I am not imprisoned, twenty (20) years from the date of the entry of judgment. If I willfully refuse to pay restitution as ordered, a judge may resentence me to any sentence which could originally have been imposed.

*16.    Sé que además de o en vez de cualquier otro castigo, el juez puede ordenar que haga pagos de restitución a víctimas de cualquier delito de que me declaro culpable. También se me ha informado que, por ciertos delitos de violencia y delitos que incluyen fraude o engaño, el juez está obligado a imponerme la restitución de la cantidad total de alguna pérdida o daño económico causado por el delito. Si se impone la orden de restitución, la víctima puede utilizar dicha orden para obtener un gravamen impuesto por un fallo civil. El gobierno federal puede hacer que se cumpla una orden de restitución hasta de veinte (20) años a partir de la fecha en que salí de la cárcel, o, si no me encarcelan, veinte (20) años a partir de la fecha en que se registró el fallo. Si intencionalmente rehuso pagar la restitución como se me ha ordenado, el juez puede volver a sentenciarme a cualquier condena que me hubiera impuesto inicialmente.*

17.    On any fine or restitution in an amount of $2,500 or more, I know that I will be required to pay interest unless that fine or restitution is paid within fifteen (15) days from the date of the entry of judgment.

*17.    Sé que estaré obligado a pagar intereses respecto a alguna multa o restitución de $2,500 o más, a menos que se pague dicha multa, o la restitución, dentro de quince (15) días a partir de la fecha en que se registró el fallo.*

18.    If I am on probation, parole, or supervised release in any other state or federal case, I know that by pleading guilty in this court my probation, parole or supervised release may

be revoked and I may be required to serve time in that case, which may be consecutive, that is, in addition to any sentence imposed on me in this court.

*18.    Si estoy bajo libertad condicional, libertad a prueba o libertad supervisada en cualquier otro caso estatal o federal, sé que al declararme culpable en este tribunal la libertad condicional, libertad a prueba o supervisada podría ser revocada. Puede que se me ordene cumplir el tiempo de la condena de aquel caso, el cual podría ser consecutivo, es decir, además de la pena que se me imponga en este tribunal.*

19.    If I have another case pending in any state or federal court, I know that my Petition and Plea Agreement in this case do not, in the absence of an express and written agreement, apply to my other case(s), and that I can be faced with consecutive sentences of imprisonment.

*19.    Si tengo otro caso pendiente en algún tribunal estatal o federal, sé que mi solicitud y el acuerdo declaratorio en este caso no se aplican al otro caso (u otros casos) sin un acuerdo expreso y por escrito, y que podría enfrentar condenas de encarcelamiento consecutivas.*

20.    My plea of "GUILTY" is based on a Plea Agreement that I have made with the prosecutor. That Plea Agreement is attached hereto and incorporated herein. I have read or had read to me the Plea Agreement, and I understand the Plea Agreement.

*20.    Mi declaración de CULPABILIDAD se basa en el acuerdo declaratorio que he hecho con el fiscal federal. Se adjunta dicho documento y forma parte de esta solicitud. He leído, o me han leído, el acuerdo declaratorio y lo entiendo en su totalidad.*

21.    The Plea Agreement contains the only agreement between the United States government and me. No officer or agent of any branch of government (federal, state or local) or anyone else has promised or suggested that I will receive a lesser term of imprisonment, or

probation, or any other form of leniency if I plead "GUILTY" except as stated in the Plea Agreement. I understand that I cannot rely on any promise or suggestion made to me by a government agent or officer which is not stated in writing in the Plea Agreement, or which is not presented to the judge in my presence in open court at the time of the entry of my plea of guilty.

21. *El gobierno y yo hemos llegado a este único acuerdo declaratorio. Ningún oficial o agente gubernamental (federal, estatal o local) u otra persona me ha prometido, o me ha sugerido que recibiré un plazo reducido en la cárcel, o libertad a prueba, u otro tipo de castigo menos severo si me declarase CULPABLE, con la única excepción de lo manifestado en el acuerdo declaratorio. Entiendo que no puedo contar con ninguna promesa o sugerencia de parte de ningún agente u oficial del gobierno que no se haya indicado por escrito en el acuerdo declaratorio, o que no se haya presentado al juez, en mi presencia, en pleno tribunal al momento de declararme culpable.*

22. My plea of "GUILTY" is not the result of force, threat, or intimidation.

22. *No me han forzado, amenazado o intimidado a que me declare CULPABLE.*

23. I hereby request that the judge accept my plea of "GUILTY" to the following count(s): __counts 1-3__.

23. *Por la presente solicito al juez que acepte mi declaración de CULPABILIDAD al siguiente cargo (o cargos):* __Cargos 1-3__

24. I know that the judge must be satisfied that a crime occurred and that I committed that crime before my plea of "GUILTY" can be accepted. With respect to the charge(s) to which I am pleading guilty, I represent that I did the following acts and that the following facts are true [*see* instructions]:

```
Count 1: On or before April 12, 2011, in the District of Oregon, I did knowingly and intentionally conspire
and agree with other persons to knowingly and intentionally distribute heroin, a Schedule I controlled
substance, in a quantity of one kilogram or more in violation of Title 21, United States Code, Sections
841(a)(I),841(b)(1)(A)(i) and 846.
Count 2: On or about January 19, 2011 to January 24, 2011, in the District of Oregon, I did knowingly and
intentionally distribute heroin, a Schedule I controlled substance, and the distribution of said heroin
resulted in the death of another person, to wit: Jedidiah Elliot, whose use of said heroin resulted in his
death, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and
Title 18, United States Code, Section 2.
Count 3: On or about March 30,2011 to April 1, 2011, in the District of Oregon, I did knowingly and
intentionally distribute heroin, a Schedule I controlled substance, and the distribution of said heroin
resulted in the death of another person, to wit: Toviy Sinyayev, whose use of the heroin resulted in his
death, all in violation of Title 21, United States Code, Sections 841(a)(1) and(b)(1)(C), and Title 18, United
States Code, Section 2.
```

*24. Antes de que se pueda aceptar mi declaración de CULPABILIDAD, sé que el juez debe quedar satisfecho de que ocurrió un delito y que dicho delito lo cometí yo. Con respecto al cargo (o a los cargos) al que me declaro culpable, manifiesto que cometí los siguientes actos y que los siguientes hechos son verídicos [véase las instrucciones]:*

*La distribución ilícita y a sabiendas de heroina que resultó en la muerte de Jedidiah Elliot y Toviy Sinyayev y conspiración para distribuir*

25. I offer my plea of "GUILTY" freely and voluntarily and of my own accord and with a full understanding of the allegations set forth in the Indictment or Information, and with a full understanding of the statements set forth in this Petition and in the Certificate of my attorney that is attached to this Petition.

*25. Me declaro CULPABLE libre y voluntariamente y con el entendimiento total de las alegaciones expuestas en la acusación formal o la acusación de la fiscalía, y con el total entendimiento de las declaraciones expuestas en esta solicitud y en el certificado de mi abogado, el cual se adjunta a la presente.*

SIGNED by me in the presence of my attorney, after reading (or having had read to me) all of the foregoing pages and paragraphs of this Petition on this __17th__ day of __October__, 200 __12__.

*FIRMADO por mí en presencia de mi abogado, después de haber leído (o después de*

Page 13 - PETITION TO ENTER PLEA OF GUILTY                                   Page/*Página 13*

*haber escuchado) todos los párrafos y páginas anteriores de esta solicitud el día* __18th__ *del mes de* __OCTOber__ *de* ~~200~~__2011__.

__Segura Joaquin__
Defendant/*Acusado*

## CERTIFICATE OF COUNSEL

### *CERTIFICADO DEL ABOGADO DEFENSOR*

The undersigned, as attorney for defendant ___JOAQUIN SEGURO CORDERO___, hereby certifies:

*El que suscribe, abogado defensor de* ___JOAQUIN SEGURO CORDERO___*, por la presente CERTIFICA QUE:*

1. I have fully explained to the defendant the allegations contained in the Indictment or Information in this case, any lesser-included offense(s), and the possible defenses which may apply in this case.

*1. Le he explicado detalladamente al acusado las alegaciones de la acusación formal o la acusación de la fiscalía en este caso, cualquier delito (o delitos) menos grave incluido, y las posibles defensas que puedan aplicarse en este caso.*

2. I have personally examined the attached Petition To Enter Plea of Guilty And Order Entering Plea, explained all its provisions to the defendant, and discussed fully with the defendant all matters described and referred to in the Petition.

*2. He examinado personalmente la solicitud para presentar una declaración de culpabilidad y orden judicial para asentar la misma; le he explicado al acusado todas las disposiciones de la misma, y he hablado detalladamente con él sobre todos los asuntos descritos y mencionados en dicha solicitud.*

3. I have explained to the defendant the maximum penalty and other consequences of entering a plea of guilty described in paragraphs (6)-(20) of the Petition, and I have also explained

Page/*Página* 15 - CERTIFICATE OF COUNSEL/*CERTIFICADO DEL ABOGADO DEFENSOR*

to the defendant the applicable Federal Sentencing Guidelines.

    *3.    Le he explicado la pena máxima y las consecuencias de presentar una declaración de culpabilidad, descritas en los párrafos (6) a (20) de la solicitud, y también le expliqué las Pautas Penales Federales pertinentes a su caso.*

    4.    I recommend that the Court accept the defendant's plea of "GUILTY."

    *4.    Recomiendo que el juez acepte la declaración de "CULPABILIDAD" del acusado.*

SIGNED by me in the presence of the above-named defendant, and after full discussion with the defendant of the contents of the Petition To Enter Plea of Guilty, and any Plea Agreement, on this 18th day of OCT, 2011.

*FIRMADO por mí en presencia del acusado, y después de haber hablado detalladamente con él respecto al contenido de la solicitud para presentar una declaración de culpabilidad, y cualquier acuerdo declaratorio, el día 18 del mes de OCT de 2012.*

_____
Attorney for Defendant
*Abogado defensor*

## ORDER ENTERING PLEA

### *FALLO JUDICIAL SOBRE LA DECLARACIÓN*

I find that the defendant's plea of GUILTY has been made freely and voluntarily and not out of ignorance, fear, inadvertence, or coercion. I further find the defendant has admitted facts that prove each of the necessary elements of the crime(s) to which the defendant has pled guilty.

*El juez que preside determina que la declaración de "CULPABILIDAD" del acusado ha sido libre y voluntaria, y no por ignorancia, miedo, inadvertencia o coerción. Así mismo determina que el acusado ha admitido los hechos que comprueban cada uno de los elementos necesarios del delito al (o los delitos) a que se ha declarado culpable.*

IT IS THEREFORE ORDERED that the defendant's plea of GUILTY be accepted and entered as requested in this Petition and as recommended in the Certificate of defendant's attorney.

*POR LO TANTO SE ORDENA que se acepte y asiente la declaración de CULPABILIDAD presentada por el acusado tal y como lo pide en esta solicitud y lo recomienda en su certificado su abogado.*

DATED this __18__ of __Oct_____, 20__12__, in open court.

*FECHADO el día _____ del mes de _____ de 200___, en pleno tribunal.*

_____
Judge, U.S. District Court
*Juez, Tribunal Federal de Primera Instancia*

Page/*Página* 17 - ORDER ENTERING PLEA/*FALLO JUDICIAL SOBRE LA DECLARACIÓN*