S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**KATHLEEN L. BICKERS, OSB #85151**
Assistant United States Attorney
kathleen.bickers@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1117
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:11-CR-00168-HA |
| v. | GOVERNMENT'S SENTENCING MEMORANDUM |
| **JOAQUIN SEGURA CORDERO,** | Sentencing Date: October 7, 2013 |
| Defendant. | 9:30 a.m. |

      The United States of America, by and through S. Amanda Marshall, United States Attorney for the District of Oregon, and Assistant United States Attorney Kathleen L. Bickers, submits the following memorandum in support of the government's position on sentencing.

      The court will sentence the defendant, pursuant to the defendant's plea of guilty to Count 1, Conspiracy to Distribute Heroin, in violation of Title 21, U.S.C., Sections 841(a)(1), (b)(1)(A)(i) and  846, Count 2, Distribution of Heroin Resulting in Death, and Count 3, Distribution of Heroin Resulting in Death, in violation of  Title 21, U.S.C., Sections 841(a)(1), (b)(1)(C).

**RECOMMENDED SENTENCE**

The parties agree to jointly recommend and urge the court impose a sentence of 168 months which is the low-end of the range specified in offense level 35, at Criminal History Category I. The parties anticipate that Level 35 will be the advisory range after a four-level adjustment upward from the Base Offense Level of 38 to Level 42 for the defendant's role in the offense, a three-level adjustment downward pursuant to his early acceptance of responsibility, and an additional four-level adjustment based on additional factors to be presented at sentencing.

Accordingly, the government recommends the defendant be sentenced to 168 months imprisonment and be ordered to pay restitution in the amount of $5,780.00 to Lois Elliot, as a designated family member of victim Jedidiah Elliot. [1]

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney


*s/Kathleen L. Bickers*
KATHLEEN L. BICKERS, OSB #85151
Assistant United States Attorney

---

[1] Defendant and the government agreed to request the court order the defendant to pay full restitution to designated family members of Toviy Sinyayev and Jedidiah Elliot for expenses related to their deaths. The family of Jedidiah Elliot has submitted receipts for funeral expenses to the presentence writer totaling $5,780.00. The government is not at this time seeking restitution related to the death of Toviy Sinyayev because his family has not yet provided the government with information regarding restitution.

**Government's Sentencing Memorandum**                                                                 **Page 2**